The People of the State of Illinois, Plaintiff-Appellee, *v.* Paul Ryan, Defendant-Appellant.

(No. 54834;

First District—March 18, 1971.

Opinion by Mr. JUSTICE McGLOON.

Gerald W. Getty, Public Defender, of Chicago, (Harold A. Cowen, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Leo Poch, Assistant State's Attorney, of counsel,) for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Harriet Tenen, Defendant-Appellant.

(No. 54854;

First District—March 30, 1971.